IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

MALINA BROWN, for herself, as a private attorney general, and/or on behalf of all others similarly situated,

    Plaintiff,

v.

TORRID, LLC,

    Defendant.

Case No. 2:25-cv-02329

**STIPULATED MOTION TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT; ORDER**

Pursuant to Western District of Washington Local Rules 7 and 10, Plaintiff Malina Brown, for herself, as a private attorney general, and/or on behalf of all others similarly situated ("Plaintiff") and Defendant Torrid, LLC ("Defendant"), together (the "Parties"), by and through their respective counsel, hereby stipulate that Defendant's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended for a total of fifty four (54) days from November 26, 2025 to and including January 19, 2026.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Indeed, modifying or extending a responsive deadline is within the discretion of the trial judge. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir.1992).

Good cause exists to extend Defendant's deadline to respond to the Complaint because additional time will allow Defendant to properly evaluate Plaintiff's allegations and prepare an appropriate response. The Parties submit this request in good faith and not for the purpose of delay. Accordingly, the Parties request that this Court extend Defendant's deadline to respond to Plaintiffs' Complaint such that Defendant's response shall be due January 19, 2026.

The Parties further stipulate and request that should Defendant file a Motion to Dismiss in response to the Complaint, the Court enter the following briefing schedule:

STIPULATED MOTION AND ORDER
TO EXTEND TIME TO RESPOND TO
COMPLAINT - 1
Case No. 2:25-cv-02329

a. Plaintiff's Opposition to the Motion shall be due March 2, 2026; and

b. Defendant's Reply shall be due March 23, 2026.

Dated: November 19, 2025					Respectfully submitted,

							*/s/ Meegan B. Brooks*
							MEEGAN B. BROOKS, WSBA #62516
							**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
							100 Pine Street, Suite 3100
							San Francisco, CA 94111
							Telephone: 628.600.2232
							Email: mbrooks@beneschlaw.com

							*Attorney for Defendant Torrid, LLC*

Dated: November 19, 2025					*/s/ Daniel M. Hattis (with authorization)*
							Daniel M. Hattis, WSBA No. 50428
							dan@hattislaw.com
							Che Corrington, WSBA No. 54241
							che@hattislaw.com
							Paul K. Lukacs, WSBA No. 56093
							pkl@hattislaw.com
							Angelina Lin, WSBA No. 62845
							angelina@hattislaw.com
							**HATTIS LUKACS & CORRINGTON**
							11711 SE 8th Street, Suite 120
							Bellevue, WA 98005
							Tel: 425.233.8650
							Fax: 425.412.7171

							*Attorneys for Plaintiff Malina Brown, for herself, as a private attorney general, and/or on behalf of all others similarly situated*

STIPULATED MOTION AND ORDER
TO EXTEND TIME TO RESPOND TO
COMPLAINT - 2
Case No. 2:25-cv-02329

**ORDER**

IT IS SO ORDERED.

Dated this 20th day of November, 2025.

_____
John H. Chun
United States District Judge

STIPULATED MOTION AND ORDER
TO EXTEND TIME TO RESPOND TO
COMPLAINT - 3
Case No. 2:25-cv-02329