THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| MALINA BROWN,<br>for herself, as a private attorney general, and/or<br>on behalf of all others similarly situated,<br><br><br><br>                        Plaintiff,<br><br>v.<br><br>TORRID LLC,<br><br><br>                        Defendant. | Case No. 2:25-cv-02329-DGE<br><br>**PLAINTIFF'S NOTICE OF<br>VOLUNTARY DISMISSAL**<br><br>**[FRCP 41(a)(1)(A)(i)]** |

**NOTICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Malina Brown ("Plaintiff") hereby provides notice that:

a) Plaintiff hereby dismisses **with prejudice** the operative Class Action Complaint (*see* Dkt. 1-1) to the extent the Class Action Complaint is alleged in Plaintiff's individual or personal capacity, and

b) Plaintiff hereby dismisses **without prejudice** the Class Action Complaint to the extent the Class Action Complaint is alleged in Plaintiff's capacity as a proposed representative of a putative class.

Defendant Torrid LLC has <u>not</u> served an answer or a motion for summary judgment in this action.

Pursuant to Fed.R.Civ.P. 23(e), Plaintiff provides notice that a class has <u>not</u> been certified in this action and that a class has *not* been proposed to be certified for purposes of settlement in this action.

DATED this 18th day of February, 2026.

HATTIS LUKACS & CORRINGTON

By: */s/ Che Corrington*
Che Corrington, WSBA No. 54241
che@hattislaw.com
Daniel M. Hattis, WSBA No. 50428
dan@hattislaw.com
HATTIS LUKACS & CORRINGTON
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
Tel: 425.233.8628
Fax: 425.412.7171

*Attorneys for Plaintiff*
*and the Proposed Class*

PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL - 1
2:25-CV-02329-DGE

**HATTIS LUKACS & CORRINGTON**
11711 SE 8th Street, Suite 120
Bellevue, WA  98005
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com