UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MALINA BROWN,

                    Plaintiff,

        v.

TORRID LLC,

                    Defendant.

CASE NO. 2:25-cv-02329-DGE

ORDER OF DISMISSAL

On February 18, 2026, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Dkt. No. 15.)  Accordingly, the matter is DISMISSED with prejudice to the extent it is made in Plaintiff's individual or personal capacity and DISMISSED without prejudice to the extent it is made in Plaintiff's capacity as a proposed representative of a putative class.  All pending deadlines are STRICKEN.

The Clerk is directed to close this matter.

Dated this 19th day of February, 2026.

ORDER OF DISMISSAL - 1

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

ORDER OF DISMISSAL - 2